IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RODNEY GREENE,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **NO. 19-211** |
| | : | |
| **INTERNAL REVENUE SERVICE,** | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 28th day of January 2019, upon considering *pro se* Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1), his *pro se* Complaint (ECF Doc. No. 2), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED**;

2. The Complaint (ECF Doc. No. 2) is **DEEMED** filed;

3. The Complaint (ECF Doc. No. 2) is **DISMISSED**; and,

4. The Clerk of Court shall **CLOSE** this case.

_____
KEARNEY, J.